```
               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

IN RE: DORETHIA MARIE                  )
       AND SYLVESTER CALLAHAN, SR      )
                                       )
American Home Mortgage Servicing, Inc.,)
           Creditor,                   )
                                       )
    vs.                                ) CASE NO. 05B08279
                                       ) JUDGE A. Benjamin Goldgar
DORETHIA MARIE AND                     )
SYLVESTER CALLAHAN, SR,                )
           Debtor,                     )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes American Home Mortgage Servicing, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the March 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of January 14, 2009:

   |   | |
   |---|---|
   | a. Attorney Fees | $250.00 |
   | b. Late Charges  | $12.50  |
   | Total            | $262.50 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice American Home Mortgage Servicing, Inc. rights to collect these amounts will be unaffected.

Respectfully Submitted,
American Home Mortgage Servicing, Inc.

/s/Michael J. Halpin
Michael J. Halpin ARDC#6239453
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: DORETHIA MARIE                            ) | |
|     AND SYLVESTER CALLAHAN, SR         ) | |
|                                                   ) | |

IN RE: DORETHIA MARIE                            )
    AND SYLVESTER CALLAHAN, SR         )
                                                   )
American Home Mortgage Servicing, Inc., )
       Creditor,                            )
                                                   )
  vs.                                         ) CASE NO. 05B08279
                                                   ) JUDGE A. Benjamin Goldgar
DORETHIA MARIE AND                          )
SYLVESTER CALLAHAN, SR,                     )
       Debtor,                              )

## NOTICE OF FILING

TO:  See attached service list

    PLEASE TAKE NOTICE THAT ON March 9, 2009 American Home Mortgage Servicing, Inc. filed the attached **Response to Notice of Payment of Final Mortgage Cure.**

## PROOF OF SERVICE

       I, the undersigned Attorney, Certify that a copy of this Notice was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on March 9, 2009, with proper postage prepaid.

                                                        /s/Michael J. Halpin
                                                        Michael J. Halpin ARDC#6239453

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**    Pierce and Associates,
**TO COLLECT A DEBT AND ANY**               1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**    13th Floor
**FOR THAT PURPOSE\*\*\***                         Chicago, IL 60602

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B. Stearns
4343 Commerce Court
Suite 120
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
DORETHIA MARIE AND SYLVESTER CALLAHAN, SR
1931 Greenfield Avenue
North Chicago, IL 60085
**by U.S. Mail**

1706 10th Street
Waukegan, IL 60085
**by U.S. Mail**

To Attorney:
Peter Francis Geraci
55 East Monroe Street, Suite 3400
Chicago, Illinois 60603
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North DearbornSuite 1300
Chicago, Illinois 60602
(312) 346-9088

PA07-2123