```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 08279
   SYLVESTER A CALLAHAN SR
   DORETHIA MARIE CALLAHAN               CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-3469     SSN XXX-XX-0239

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/08/05 and confirmed on 04/29/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 203509.10 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME          CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                       PAID          PAID
--------------------------------------------------------------------
AMERICAN HOME MTGE     CURRENT MORTG    11495.40           .00       11495.40
WASHINGTON MUTUAL BANK CURRENT MORTG    56557.59           .00       56557.59
WASHINGTON MUTUAL BANK MORTGAGE ARRE     3977.61           .00        3977.61
WELLS FARGO HOME MORT  CURRENT MORTG    61199.78           .00       61199.78
WELLS FARGO HOME MORT  MORTGAGE ARRE    15000.00           .00       15000.00
CAPITAL ONE BANK       UNSECURED         1147.45           .00        1147.45
CAPITAL ONE FINANCIAL  UNSECURED       NOT FILED           .00             .00
CAPITAL ONE BANK       UNSECURED         1258.06           .00        1258.06
OHIO CASUALTY          UNSECURED       NOT FILED           .00             .00
SST INC                UNSECURED       NOT FILED           .00             .00
BANCO POPULAR NORTH AMER SECURED         4800.00        687.85        4800.00
CITICARDS PRIVATE LABEL  SECURED             .00           .00             .00
BANCO POPULAR          UNSECURED         1503.39           .00        1503.39
B LINE LLC             UNSECURED         4116.07           .00        4116.07
ASSET ACCEPTANCE CORP  UNSECURED         1005.15           .00        1005.15
PORTFOLIO RECOVERY ASSOC UNSECURED       3696.84           .00        3696.84
ECAST SETTLEMENT CORPORA UNSECURED        358.31           .00         358.31
OPTION ONE MORTGAGE CO MORTGAGE ARRE    13882.75           .00       13882.75
OPTION ONE MORTGAGE CO CURRENT MORTG     4248.30           .00        4248.30
AMERICAN HOME MTGE     MORTGAGE ARRE     5169.99           .00        5169.99
--------------------------------------------------------------------
CREDITOR NAME          CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                       PAID          PAID
--------------------------------------------------------------------

         Summary of disbursements:
--------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED  176331.42         .00    13085.27       .00      189416.69
PRINCIPAL PAID      176331.42         .00    13085.27       .00      189416.69
INTEREST PAID          687.85         .00         .00       .00         687.85
```

```
TOTAL PAID              177019.27          .00      13085.27          .00     190104.54
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    8813.18 .

Refunds to the Debtor totaled $   1891.38 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 08279 SYLVESTER A CALLAHAN SR & DORETHIA MARIE CALLAHAN